**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

MARIO JEOVANI CHIRIBOGA SALAZAR,

Petitioner,

v. Case No. 2:26-cv-02101 KWR-SCY

WARDEN, *Otero County Processing Center*,
MARY DE ANDA-YBARRA, *Field Office Director, El Paso, U.S. Immigration and Customs Enforcement,*
TODD LYONS, *Acting Director, Immigration and Customs Enforcement,*
TODD BLANCHE, *Acting U.S. Attorney General, and*
MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*,

Respondents.

**JUDGMENT**

Consistent with the Order entered concurrently herewith, the Court **GRANTS** in part the Petition and directs Respondents to immediately release Petitioner.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the habeas petition is **GRANTED**, and Petitioner shall be immediately released.

/S/
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE